**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FLORIDA GAS TRANSMISSION**
**COMPANY, LLC,**

  Plaintiff,

vs.              Case No.

                 Tract Nos:

**+/- 9.65 ACRES OF LAND IN**     **FLMEF-HILL-199.00**
**HILLSBOROUGH COUNTY, FLORIDA** **FLMEF-HILL-200.00**
**WAYNE G. MOSS, BRENDA K. MOSS,** **FLMEF-HILL-210.00**
**FARM CREDIT OF CENTRAL FLORIDA,** **FLMEF-HILL-210.05**
**ACA, TAMPA ELECTRIC COMPANY,** **FLMEF-HILL-211.00**
**IMC DEVELOPMENT CORP., as successor** **FLMEF-HILL-212.00**
**to ALAFIA-KEYSVILLE LAND CO.,**  **FLMEF-HILL-214.00**
**RAYMOND E. CONRAD, PATRICIA A.**
**CONRAD, UNKNOWN OWNERS, IF ANY,**

  Defendants.
_____/

## FGT'S CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Florida Gas Transmission Company, LLC ("FGT"), by counsel, submits the following corporate disclosure:

  1.  Citrus, LLC;

  2.  Energy Transfer Partners, L.P.; and

  3.  Kinder Morgan, Inc.

Dated this 20th day of December, 2018.

              /s/ Ethan J. Loeb
              ETHAN J. LOEB
              Florida Bar No. 0668338
              ethanl@smolkerbartlett.com
              susanm@smolkerbartlett.com

JON P. TASSO
Florida Bar No. 0120510
jont@smolkerbartlett.com
heatherw@smolkerbartlett.com
ALLISON DOUCETTE
Florida Bar Number 0085577
allisond@smolkerbartlett.com
rochelleb@smolkerbartlett.com
SMOLKER, BARTLETT, LOEB,
HINDS & THOMPSON, P.A.
100 N. Tampa Street, Suite 2050
Tampa, Florida 33602
***Attorneys for FGT***