# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FLORIDA GAS TRANSMISSION COMPANY, LLC,**

    Plaintiff,

vs.                                      Case No. 8:18-cv-3059-EAK-CPT

Tract Nos:

**+/- 9.65 ACRES OF LAND IN HILLSBOROUGH COUNTY, FLORIDA WAYNE G. MOSS, BRENDA K. MOSS, FARM CREDIT OF CENTRAL FLORIDA, ACA, TAMPA ELECTRIC COMPANY, IMC DEVELOPMENT CORP., as successor to ALAFIA-KEYSVILLE LAND CO., RAYMOND E. CONRAD, PATRICIA A. CONRAD, UNKNOWN OWNERS, IF ANY,**

FLMEF-HILL-199.00
FLMEF-HILL-200.00
FLMEF-HILL-210.00
FLMEF-HILL-210.05
FLMEF-HILL-211.00
FLMEF-HILL-212.00
FLMEF-HILL-214.00

    Defendants.

_____/

## NOTICE OF FILING

Plaintiff, Florida Gas Transmission Company, LLC ("**FGT**"), hereby gives notice of filing of the Declaration of Blair Lichtenwalter in support of FGT's Motion for Partial Summary Judgment [Doc. 3] and Motion for Preliminary Injunction for Immediate Possession [Doc. 4].

                                        SMOLKER BARTLETT LOEB
                                        HINDS & THOMPSON, P.A.

                                        /s/ *Ethan Loeb*
                                        ETHAN J. LOEB
                                        Florida Bar No.: 0668338
                                        ethanl@smolkerbartlett.com
                                        JON P. TASSO
                                        Florida Bar No.: 0120510
                                        jont@smolkerbartlett.com
                                        ALLISON DOUCETTE
                                        Florida Bar No.: 0085577
                                        allisond@smolkerbartlett.com

100 North Tampa Street, Suite 2050
Tampa, FL 33602
(813) 223-3888; Fax: (813) 228-6422
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to any filing users who may have entered an appearance in this action.

As to any Defendant who is known by Plaintiff to be represented by counsel but whose counsel has not yet made an appearance in this proceeding, I hereby certify that on February 1, 2019, I provided the foregoing to such counsel via counsel's known email address and/or via U.S. mail to counsel's business address.

As to any Defendant who is unrepresented, does not utilize CM/ECF, and has an address known to Plaintiff, I hereby certify that on February 4, 2019, I mailed the foregoing to the party's last known address, as authorized by Federal Rule of Civil Procedure 5(b).

As to any Defendant who is unrepresented and whose address is unknown to Plaintiff, I hereby certify that on February 1, 2019, I will file the foregoing with the Clerk of Court using the CM/ECF system and thereby serve pursuant to Federal Rule of Civil Procedure 5(b)(2)(D).

/s/ Ethan J. Loeb
ETHAN J. LOEB
Florida Bar No. 0668338
ethanl@smolkerbartlett.com
susanm@smolkerbartlett.com
JON P. TASSO
Florida Bar No. 0120510
jont@smolkerbartlett.com
heatherw@smolkerbartlett.com
ALLISON DOUCETTE
Florida Bar Number 0085577
allisond@smolkerbartlett.com
rochelleb@smolkerbartlett.com
SMOLKER, BARTLETT, LOEB,
HINDS & THOMPSON, P.A.
100 N. Tampa Street, Suite 2050
Tampa, Florida 33602
***Attorneys for FGT***

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FLORIDA GAS TRANSMISSION COMPANY, LLC,**

    **Plaintiff,**

vs.

Case No. 8:18-cv-3059-EAK-CPT

**+/- 9.65 ACRES OF LAND IN HILLSBOROUGH COUNTY, FLORIDA WAYNE G. MOSS, BRENDA K. MOSS, FARM CREDIT OF CENTRAL FLORIDA, ACA, TAMPA ELECTRIC COMPANY, IMC DEVELOPMENT CORP., as successor to ALAFIA-KEYSVILLE LAND CO., RAYMOND E. CONRAD, PATRICIA A. CONRAD, UNKNOWN OWNERS, IF ANY,**

Tract Nos:
FLMEF-HILL-199.00
FLMEF-HILL-200.00
FLMEF-HILL-210.00
FLMEF-HILL-210.05
FLMEF-HILL-211.00
FLMEF-HILL-212.00
FLMEF-HILL-214.00

    **Defendants.**

_____/

## DECLARATION OF BLAIR LICHTENWALTER

I, Blair Lichtenwalter, hereby depose and state that I have personal knowledge of the following.

1. I am the Senior Director, Certificates, for Florida Gas Transmission Company, LLC ("FGT"). I am familiar with the Okeechobee Expansion Project (the "Expansion Project") that is the subject of this lawsuit.

2. In conjunction with my responsibilities as Senior Director, Certificates, on or about July 25, 2018, I mailed the letter attached as **Exhibit A** to Mr. Wayne G. Moss at 11425 Walter Hunter Road, Lithia, Florida 33547-2111, and also at 370 Evitt Cemetary Road,

1

Cashiers, NC 28717-9644.

3.  Neither copy of this letter was returned to me as undeliverable.

4.  My July 25, 2018 letter to Mr. Moss (**Exhibit A** hereto), informed Mr. Moss, among other things, that (i) FGT had filed a Prior Notice Request with the Federal Energy Regulatory Commission ("FERC") for the Expansion Project; (ii) indicated that Florida Gas may need to acquire interests in property owned by Mr. Moss; and (iii) and described Mr. Moss's right to protest.

5.  At no point did Mr. Moss object to FGT's Prior Notice Request.

I state under penalty of perjury under the laws of the United States of America, on this 1st day of February, 2019, that the foregoing is true and correct.

Blair Lichtenwalter

# Exhibit A

# Florida Gas Transmission Company

An Energy Transfer/Kinder Morgan Affiliate

July 25, 2018

RE: **Landowner Notification**
Project: **Okeechobee Expansion Project**
Docket No. **CP18-531-000**

Dear Landowner:

Florida Gas Transmission Company, LLC ("FGT") owns and operates an interstate natural gas pipeline system and is regulated by the Federal Energy Regulatory Commission ("FERC" or "Commission").

On July 19, 2018, FGT filed a Prior Notice Request, pursuant to our Blanket Certificate, with the FERC for authorization to construct, install, own, maintain and operate, certain natural gas pipeline facilities (including mainline looping) in Hillsborough and Polk Counties, Florida, and install an interconnection and appurtenant facilities at a new interconnection to be constructed in Martin County, Florida (collectively referred to as the "Okeechobee Expansion Project"). A general location map is included for your information in identifying the general location of the proposed construction.

FGT construction activities will include construction of approximately 3.4 miles of 36-inch mainline loop in Hillsborough and Polk Counties, Florida, relocation of an existing pig receiver in Polk County, Florida; construction of a new crossover and installation of a new mainline valve ("MLV") on the proposed 36-inch mainline loop in Polk County, Florida; and construction of one new interconnect for gas delivery to a new Meter and Regulation station to be constructed/owned/operated by Florida Public Utilities Company ("FPU"), in Martin County, Florida. FGT's activities will take place within the limits of the environmentally cleared area for the proposed Project, and FGT does not anticipate the need for any extra temporary workspace outside the areas identified.

Should you have questions, comments, or concerns regarding construction activities please contact the following individual during FGT's normal office hours between 8:00 a.m. and 5:00 p.m., Monday through Friday:

Local Contacts: Beth Porter, Right-of-Way Manager, or Terry Coleman, Senior Right-of-Way Representative

Phone Number: (800) 381-1477 (Toll Free)

Via eMail to: bporter.rightofway@comcast.net or Terry.Coleman@energytransfer.com

FGT anticipates that construction activities will commence on or about April 15, 2019. Closer to construction time, FGT will provide a copy of its Environmental Complaint Resolution Procedure ("Resolution Procedure") that it will use during the construction phase of this Project, which will provide you with the names and toll free numbers to contact if you have any concerns or questions during the construction stage of this project. This Resolution Procedure establishes clear and simple directions for identifying and resolving problems and concerns during construction, and restoration of the right-of-way, by first calling Terry Coleman, Senior Right-of-Way Representative, who will most likely resolve your problems or concerns, and other names and numbers that can be called, including the Commission's Landowner Helpline, which may be reached toll-free at (877) 337-2237 or via e-mail to LandownerHelp@ferc.gov. Attached is a copy of the Dispute Resolution Division's brochure where, among other things, FERC dedicated a position for Landowner Helpline concerns.

Information explaining the Blanket Certificate Program for projects authorized under the Automatic and Prior Notice provisions of a Blanket Certificate is available from the Commission's website at http://www.ferc.gov/industries/gas/indus-act/blank-cert/blanketcert.pdf. Attached is a copy of the Eminent Domain Statutes for the State of Florida that may be utilized in the event that FGT is unable to reach agreement on an easement for the use of your property.

This Project is being proposed under the Prior Notice requirements of the Blanket Certificate Program administered by the Federal Energy Regulatory Commission. Under the Commission's regulations, you have the right to protest this project within 60-days of the date the Commission issues a Notice of the pipeline's filing. If you file a protest, you should include the docket number listed in this letter and provide the specific reasons for your protest. The protest should be mailed to the Secretary of the Federal Energy Regulatory Commission, 888 First Street, NE., Room 1A, Washington, DC 20426. A copy of the protest should be mailed to the pipeline; addressed to Florida Gas Transmission Company, LLC, Attn: Blair Lichtenwalter, 1300 Main Street, Houston, TX 77002. If you have any questions concerning these procedures you can call the Commission's Office of External Affairs at (202) 502-8004 or toll free at 1-866-208-3372; or email the Office of External Affairs at customer@ferc.gov.

If we can be of further assistance, please don't hesitate to contact me at (713) 989-2605, or Beth Porter, Right-of-Way Manager/Terry Coleman, Senior Right-of-Way Representative, at (800) 381-1477.

Respectfully,

Blair Lichtenwalter
Senior Director, Certificates

*Enclosures*



## SUMMARY OF EMINENT DOMAIN STATUTES

The summary of the following statutes is required to be provided to you by the regulations of the Federal Energy Regulatory Commission. Any interpretations herein solely reflect those of FGT. The summary does not contain legal advice and does not address specific fact situations. The providing of this summary does not constitute any intent to create an attorney-client relationship. The information herein is not intended to substitute for a legal analysis. If a legal analysis is desired, you should seek legal counsel.

### Florida

Florida land owners are entitled to full compensation for the taking of property interests for a natural gas transmission pipeline. See Florida Statutes Annotated § 73.012 et seq. Full compensation includes the market value for the property rights actually taken, plus any damages to the remainder of the owner's larger tract caused by the taking. Additionally, Florida land owners are entitled to reasonable costs associated with determining full compensation, including fees for experts such as appraisers. Florida land owners may also be entitled to legal fees, depending upon the results obtained by legal counsel.

Dispute Resolution Division Brochure (1)



**G**uiding all parties

to achieve

mutually satisfactory

solutions

to their disputes

**D**ispute
**R**esolution
**D**ivision

Federal Energy Regulatory Commission

## What is Alternative Dispute Resolution (ADR)?

ADR encompasses a variety of dispute resolution methods, including:

- mediation
- facilitation
- early neutral evaluation

In ADR, a third party neutral guides the parties in identifying their interests and developing mutually acceptable solutions to their disputes.

In ADR, the parties make the decisions about the outcome of their dispute.

ADR processes are confidential and voluntary.





Time on Case
through Resolution
FY 2012-2014

ADR is an alternative to traditional litigation that can save the parties time and money, and result in party control over creative solutions and beneficial outcomes.

Toll Free ADR Helpline.
1-844-238-1560

DRD e-mail: ferc.adr@ferc.gov

To contact a DRD staff member directly visit DRD online
www.ferc.gov/legal/adr.asp



Take control of your case
with ADR....



**Dispute Resolution Division**
Federal Energy Regulatory Commission
888 First Street, N.E., Washington D.C. 20426

## Dispute Resolution Division Brochure (2)



### Why DRD?

The Dispute Resolution Division is a neutral unit within FERC that provides mediation, facilitation, and training for parties engaged in or affected by FERC-related disputes.

DRD is staffed full time by dispute resolution professionals who have extensive experience in all FERC-regulated energy sectors.

DRD services provide parties with the flexibility to craft their own solutions and are available to parties at any time at no charge.

In 2015, FERC dedicated a position for **Landowner Helpline** concerns. Toll Free 1-877-337-2237 | Email: LandownerHelp@ferc.gov.

### Can DRD help me?

DRD has a proven track record in successfully mediating and facilitating complex multi-party disputes in a range of areas such as:

- electric, gas, and oil tariffs and rates
- gas certificates
- hydropower licensing
- environmental matters

DRD has guided parties to agreement in these types of disputes:

- contract disputes
- tariff and rate disputes
- interconnection agreements
- infrastructure disputes
- interagency cooperation
- cultural and natural resources

### How do I access DRD?

Accessing our service is easy. Simply contact DRD about a potential ADR process. No formal filing is required.

Toll Free ADR Helpline
1-844-208-1560

To contact a DRD staff member directly visit DRD online: www.ferc.gov/legal/adr.asp

DRD e-mail: ferc.adr@ferc.gov





*Testimonial*

Settlement between the parties would not likely been reached without the mediation efforts of DRD. Ultimately, parties were able to settle, resulting in significant savings of both time and expense involved with a fully litigated section 4 rate proceeding.

### Cases:

#### What can DRD do?

DRD assists parties to identify an appropriate ADR process for their dispute.

DRD works with parties to identify interests and achieve a mutually satisfactory agreement.

### Training:

#### What can DRD do?

DRD fosters ADR understanding through training and education on ADR processes and techniques.

DRD develops customized training to fit your collaborative needs.

DRD guides entities on ADR to develop dispute resolution systems to resolve conflicts early.





Wayne G. Moss
370 Evitt Cemetery Road
Cashiers, NC 28717-9644

Wayne G. Moss
11425 Walter Hunter Road
Lithia, FL 33547-2111

